UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

WILLIAM ROY LEE,

      Petitioner,

v.

RANDEE REWERTS,

      Respondent.

_____/

Case No. 1:18-cv-602

Honorable Paul L. Maloney

## **ORDER**

In accordance with the Opinion entered this day:

**IT IS ORDERED** that a certificate of appealability is **DENIED**.

Dated: June 20, 2018        /s/ Paul L. Maloney
                                                                  Paul L. Maloney
                                                                  United States District Judge