UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

WILLIAM ROY LEE,

       Petitioner,

v.

RANDEE REVERTS,

       Respondent.
_____/

Case No. 1:18-cv-602

Honorable Paul L. Maloney

## **JUDGMENT**

In accordance with the Opinion entered this day:

**IT IS ORDERED** that the petition for writ of habeas corpus is **DISMISSED WITH PREJUDICE** under Rule 4 of the Rules Governing § 2254 Cases for failure to raise a meritorious federal claim.

Dated: June 20, 2018

/s/ Paul L. Maloney
Paul L. Maloney
United States District Judge